# IN THE SUPREME COURT OF THE STATE OF NEVADA

GLENEAGLES HOMEOWNERS
ASSOCIATION, A NEVADA NON-
PROFIT CORPORATION,
        Petitioner,
        vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE TARA
D. CLARK NEWBERRY, DISTRICT
JUDGE,
        Respondents,
        and
SATICOY BAY LLC SERIES 3844 BLUE
GULL, A NEVADA LIMITED
LIABILITY COMPANY; AND NEVADA
ASSOCIATION SERVICES, INC.,
        Real Parties in Interest.

No. 84796

FILED

SEP 09 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING PETITION

Pursuant to the stipulation of the parties, and cause appearing, this matter is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY:_____

22-28231

cc:   Hon. Tara D. Clark Newberry, District Judge
Lipson Neilson P.C.
Brandon E. Wood
Roger P. Croteau & Associates, Ltd.
Eighth District Court Clerk